FILED
MISSOULA, MT

2007 JAN 26  AM 11 38

PATRICK E. DUFFY
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| MITCHELL TODD KENNEDY, | ) | CV 04-195-M-DWM-JCL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MIKE MAHONEY, | ) | |
| | ) | |
| Respondent. | ) | |

United States Magistrate Judge Jeremiah C. Lynch issued Findings and Recommendations on this matter on November 30, 2006 in which he recommended dismissal of the Petition. Judge Lynch considered the merits of the Petitioner's first and second claims, to they extent they have been exhausted, and concluded that the claims fail as a matter of law. Judge Lynch determined that the remaining claims are procedurally defaulted and that the Petitioner has not demonstrated grounds to excuse the procedural

default. The Magistrate further recommended that the Court deny a certificate of appealability because the Petition does not present questions upon which reasonable jurists could disagree.

Petitioner did not timely object and so has waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). This Court will review the Findings and Recommendation for clear error. McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." United States v. Syrax, 235 F.3d 422, 427 (9th Cir. 2000). I can find no clear error with Judge Lunch's Findings and Recommendations and adopt them in full.

Accordingly, IT IS HEREBY ORDERED that the Petition is DISMISSED WITH PREJUDICE and a certificate of appealability is DENIED.

DATED this 26th day of January, 2007.

Donald W. Molloy, Chief Judge
United States District Court